# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO.  1:06CV373-3-T
## [1:02CR105-T]

| | |
|---|---|
| **MICHAEL ANTHONY JENKINS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.    ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's motion for reconsideration of the denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  **See Memorandum and Order, Judgment, filed May 16, 2007.**

The Petitioner's motion for reconsideration is simply a restatement of those issues he presented in his § 2255 and as such, the Court finds the motion for reconsideration to be without merit.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration is hereby **DENIED.**

2

Signed: June 20, 2007

Lacy H. Thornburg
United States District Judge